

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HS TIC 10 HALSTON BORROWER, LLC
BIRCHSTONE RESIDENTIAL

**Plaintiff,**

Vs.

ROBERT JOHNSON

And all others

**Defendant,**

**Petitioner**
Intervener pursuant to OCGA 9-11-24

FEDERAL COURT
CASE NO.
1:24-CV-4581

Cross Reference Case No.
20247537CD

**PETITION FOR REMOVAL OF ACTION**
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.

COMES NOW Robert Johnson and all others, petitioner as above stated and petitions this court for removal of action from the Magistrate Court of Henry County. This petition is set forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Henry County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Henry County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Henry County.
2. This honorable Court afford adequate discovery.
3. This honorable Court relief this Court deems just and proper.

## VERIFICATION
### (Affidavit)

The undersigned Affiant Robert Johnson and all other Defendant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

Petitioner
**Robert Johnson**
Pro Se

This is the 9th day of October 2024

Mailing Address: 604 Carrington Green PKWY Unit 604 McDonough, GA 30253

Phone: 471 207 3848

Email: mezcutit@gmail.com

# MAGISTRATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

CASE NO. 2024-783768

File # 581490

**PLAINTIFF:**
H5 TIC 10 Halston Borrower, LLC
Birchstone Residential

P.O. Box 451027
Atlanta, GA 31145
**PHONE #** 770-491-0522
**ATTORNEY** R. Taylor

**DEFENDANT:**
Robert Johnson, and All Other Occupants
604 Carrington Green Parkway, Unit 604
McDonough, GA 30253

## DISPOSSESSORY AFFIDAVIT

1. Defendant is in possession as tenant of the premises at the above address in Henry County.
2. Plaintiff is the Defendant's Landlord.
3. Defendant is a tenant at (~~will~~, sufferance).
   - X  Fails to pay rent which is now past due.
   - ☐  Holds the premises over and beyond the term for which they were rented or leased to him.
   - Other: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.  **Total Amt Due $** $2,844.00

**WHEREFORE THE PLAINTIFF DEMANDS:**
  (a) Possession of the premises.
  (b) Past due rent of $ 1,555.00 as of _____ thru SEP _____
  (c) Late Charges: $ 157.50 ; Court Cost: $ 62.00 ; all rent that will be due at a rate of $ 30: 51.83 \ 31: 50.46 per day until suit is settled.
  (d) Other: $396.39 Electric + $500.00 Filing Fee + $235.11 Utilities

Sworn to and subscribed before me this the
____17th____ day of _September_, 2024

_____          _____
**Magistrate Clerk**                **PLAINTIFF**

                                    Agent, ~~Attorney or Lessor~~
                                    770-491-0522

## NOTICE AND SUMMONS

TO: Robert Johnson, and All Other Occupants

This is to notify you that  H5 TIC 10 Halston Borrower, LLC, Birchstone Residential  has filed a claim against you. This claim asks for judgment against you for any other demands by Plaintiff, as shown above.

You are required to present an answer to this within seven (7) days after service of the notice, or on the first business day thereafter if the seventh day falls on a SATURDAY, SUNDAY OR A LEGAL HOLIDAY. Your answer may be presented in writing or be given in person to the Magistrate during regular court hours at the Magistrate Court. An answer form is available from this court upon request. If you do not answer in time A JUDGMENT WILL BE ENTERED AGAINST YOU.

This NOTICE AND STATEMENT OF CLAIM was served on ___9/23/24___ (Date)

It must be answered on or before ___9/30___, 20_24_, during regular Court hours in the Magistrate Court at the top of this notice.

_____          _____
**MAGISTRATE CLERK**                **DEPUTY SHERIFF**