IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H5 TIC 10 HALSTON BORROWER, LLC, and BIRCHSTONE RESIDENTIAL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT JOHNSON and all others,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-4581-SCJ |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge John K. Larkins III [Doc. 3], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of Henry County, Georgia.

**IT IS SO ORDERED**, this 5th day of November, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE